**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CUNNINGHAM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00480-MTS |
| | ) | |
| JUDGE MATTHEW THORNHILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MEMORANDUM AND ORDER**</u>

There are two Plaintiffs in this case, James Cunningham and Chanda McKee.  Plaintiff Cunningham is pro se; Plaintiff McKee is represented by counsel, see Doc. [4].  Plaintiffs filed with the Court a "Notice of Dismissal Without Prejudice," which appears to have been signed by both Plaintiff Cunningham and Plaintiff McKee.  Doc. [10]; *see also* Fed. R. Civ. P. 41(a)(1)(A). Plaintiff McKee's counsel's signature, however, does not appear on the filing.  For that reason, the Court must strike it.  Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."); *see also* E.D. Mo. L.R. 2.01(A)(1) (providing all filings must "contain the signature of the self-represented party or the party's attorney"); *cf. Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party."); *Prosser v. Nagaldinne*, 4:08-cv-00044-DJS, 2008 WL 11410032, at *1 (E.D. Mo. Dec. 8, 2008).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to strike the Notice of Dismissal Without Prejudice, Doc. [10].  Plaintiffs may refile a Notice in compliance with the Federal Rules of Civil Procedure.

Dated this 14th day of July, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE